Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−16965−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ethlena Salter
   479 Vernon Place
   Orange, NJ 07050

Social Security No.:
   xxx−xx−3665

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                8/19/26
Time:                09:45 AM
Location:            Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor,
Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 10, 2026
JAN: dlr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-16965-MEH

Ethlena Salter                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2026 | Form ID: 132 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ethlena Salter, 479 Vernon Place, Orange, NJ 07050-1713 |
| aty | + | Padgett Law Group, 1055 E. Baltimore Pike, Suite 201, Media, PA 19063-5173 |
| 521254288 | + | 1st 2nd Mortgage Co Nj, 50 Spring St, Cresskill, NJ 07626-2106 |
| 521254291 | | CC1 NJ II LLC, PO Box 123800, Dallas, TX 75312-3800 |
| 521254294 | + | City of Orange, Water/Sewer Dept., 29 No. Day Street, Orange, NJ 07050-3608 |
| 521267408 | + | Coastal Community Bank, c/o Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 521254310 | + | Planet Home Lending LLC c/o, Padgett Law Group, 1055 E. Baltimore Pike, Suite 201, Media, PA 19063-5173 |
| 521254316 | + | Prosper Funding, Llc, 221 Main Street, San Francisco, CA 94105-1906 |
| 521254315 | + | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, 221 Main Street, Ste 300, San Francisco, CA 94105-1909 |
| 521257317 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 521254322 | + | US Department of Housing and Urban Dev., 451 Seventh Street SW, Washington, DC 20410-0002 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 10 2026 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 10 2026 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521254289 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 10 2026 20:46:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 521254290 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 10 2026 20:46:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 521254292 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2026 20:49:41 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 521254293 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2026 20:49:30 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 521267408 | + | Email/PDF: ProsperBKDetection@resurgent.com | Jul 10 2026 20:49:49 | Coastal Community Bank, c/o Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 521254295 | + | Email/Text: documentfiling@lciinc.com | Jul 10 2026 20:47:00 | Comcast, 257 Prospect Avenue, West Orange, NJ 07052-4210 |
| 521254296 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 10 2026 20:49:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St,, Norwood, MA 02062-2679 |
| 521254297 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 10 2026 20:49:00 | Credit Collection Services, Po Box 710, Norwood, MA 02062-0710 |
| 521254298 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 10 2026 20:49:27 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 521254299 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 10 2026 20:49:37 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 521254300 | | Email/Text: bankruptcycourts@equifax.com | Jul 10 2026 20:47:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 521254301 | | Email/Text: bankruptcycourts@equifax.com | Jul 10 2026 20:47:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 521254302 | ^ | MEBN | Jul 10 2026 20:42:00 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 521254303 | ^ | MEBN | Jul 10 2026 20:42:24 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 521254304 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 10 2026 20:49:23 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 521254305 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 10 2026 20:49:46 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 521254306 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 10 2026 20:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521266073 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 10 2026 20:48:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521257020 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 10 2026 20:48:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 521254307 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 10 2026 20:48:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 521254308 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 10 2026 20:48:00 | Jefferson Capital Systems, Llc, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 521254309 | | Email/Text: ml-ebn@missionlane.com | Jul 10 2026 20:47:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 521254314 | + | Email/Text: BKMAIL@planethomelending.com | Jul 10 2026 20:47:00 | Planet Home Lending, LLC, 321 Research Parkway, Meriden, CT 06450-8301 |
| 521254313 | + | Email/Text: BKMAIL@planethomelending.com | Jul 10 2026 20:47:00 | Planet Home Lending, LLC, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 521254311 | + | Email/Text: BKMAIL@planethomelending.com | Jul 10 2026 20:47:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 521254316 | + | Email/PDF: ProsperBKDetection@resurgent.com | Jul 10 2026 20:49:38 | Prosper Funding, Llc, 221 Main Street, San Francisco, CA 94105-1906 |
| 521254315 | + | Email/PDF: ProsperBKDetection@resurgent.com | Jul 10 2026 20:49:49 | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, 221 Main Street, Ste 300, San Francisco, CA 94105-1909 |
| 521254317 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 10 2026 20:47:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 521254318 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2026 20:49:34 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521254319 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2026 20:49:23 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 521254320 | ^ | MEBN | Jul 10 2026 20:42:33 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 521254321 | ^ | MEBN | Jul 10 2026 20:42:39 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 521254323 | + | Email/Text: usanj.njbankr@usdoj.gov | Jul 10 2026 20:48:00 | US Department of HUD c/o US Attorney, 970 Broad Street, 7th Floor, Newark, NJ 07102-2527 |

TOTAL: 35

District/off: 0312-2                                         User: admin                                         Page 3 of 3
Date Rcvd: Jul 10, 2026                                   Form ID: 132                                   Total Noticed: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Planet Home Lending, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 521254312 | *+ | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Ethlena Salter ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4