**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**

**Order Filed on August 19, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:
ETHLENA SALTER

**Case No.: 26-16965MEH**

**Hearing Date: 8/19/2026**

**Judge: MARK E. HALL**

**INTERIM ORDER ON CONFIRMATION HEARING**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: August 19, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Case No.: 26-16965MEH

Caption of Order: INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 08/19/2026 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must become current with plan payments through August 2026 and same must be received and posted by the Trustee by 9/9/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further
- ORDERED, that the Debtor must provide the Trustee with both current and 6 month pre-petition (12/1/25-5/31/26) income by 9/9/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further
- ORDERED, that the Debtor must file an amended Schedule C and provide the Trustee with a valuation on real property by 9/16/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further
- ORDERED, that the Debtor must file an amended Schedule I/J and Form 122C, or a certification from the debtor explaining income calculations by 9/23/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further
- ORDERED, that the Debtor must become current with plan payments through September 2026 and same must be received and posted by the Trustee by 9/30/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 10/7/2026 at 9:45 AM.

United States Bankruptcy Court
District of New Jersey

In re: Case No. 26-16965-MEH
Ethlena Salter Chapter 13
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 19, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ethlena Salter, 479 Vernon Place, Orange, NJ 07050-1713 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Ethlena Salter ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4