UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor(s), Ethlena Salter

**Order Filed on October 8, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ETHLENA SALTER

Case No.: 26-16965

Chapter: 13

Judge: MEH

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 8, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on July 1, 2026:

Property: 479 Vernon Place, Orange, NJ 07050

Creditor: Planet Home Lending

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the debtor, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by __________, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including November 30, 2026.

☐ The Loss Mitigation Period is terminated, effective __________.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*