**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**

**Order Filed on October 22, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:
ETHLENA SALTER

**Case No.: 26-16965MEH**

**Hearing Date: 10/21/2026**

**Judge: MARK E. HALL**

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: October 22, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor(s): ETHLENA SALTER

Case No.: 26-16965MEH

Caption of Order: INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 10/21/2026 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must provide the Trustee with legible 6 month pre-petition income verification as well as a current income verification and current proof of income for the contributor(s) by 11/4/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 11/18/2026 at 9:45 AM.